ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
ANGEL P. LAU (286196)
BRIAN E. COCHRAN (286202)
JEFFREY J. STEIN (265268)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@ rgrdlaw.com
jforge@ rgrdlaw.com
lukeb@ rgrdlaw.com
dalvarado@rgrdlaw.com
alau@ rgrdlaw.com
bcochran@rgrdlaw.com
jstein@rgrdlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>                                  Defendants. | Case No. 3:17-cv-05558<br><br>CLASS ACTION<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1315165_1

1  Please note the appearance of the undersigned Darryl J. Alvarado of Robbins Geller Rudman
2  & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, telephone: 619/231-
3  1058, e-mail: dalvarado@rgrdlaw.com, as counsel for Plaintiff Irving Firemen's Relief & Retirement
4  Fund in this action. The undersigned respectfully requests to be included via e-mail on the Court's
5  notification of all electronic filings in this action.

6  DATED: October 11, 2017         ROBBINS GELLER RUDMAN
                                     & DOWD LLP
7                                  DARREN J. ROBBINS
                                   JASON A. FORGE
8                                  LUKE O. BROOKS
                                   DARRYL J. ALVARADO
9                                  ANGEL P. LAU
                                   BRIAN E. COCHRAN
10                                 JEFFREY J. STEIN

12                                          s/ DARRYL J. ALVARADO
                                              DARRYL J. ALVARADO

                                   655 West Broadway, Suite 1900
14                                 San Diego, CA  92101-8498
                                   Telephone:  619/231-1058
15                                 619/231-7423 (fax)

16                                 ROBBINS GELLER RUDMAN
                                     & DOWD LLP
17                                 SHAWN A. WILLIAMS
                                   Post Montgomery Center
18                                 One Montgomery Street, Suite 1800
                                   San Francisco, CA  94104
19                                 Telephone:  415/288-4545
                                   415/288-4534 (fax)

                                   Attorneys for Plaintiff

1315165_1   NOTICE OF APPEARANCE OF COUNSEL - 3:17-cv-05558                              - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 11, 2017.

s/ DARRYL J. ALVARADO
DARRYL J. ALVARADO

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dalvarado@rgrdlaw.com

1315165_1

# Mailing Information for a Case 4:17-cv-05558-DMR Irving Firemen's Relief & Retirement Fund v. Uber Technologies et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Luke O Brooks**
  lukeb@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Jeffrey James Stein**
  jstein@rgrdlaw.com,kmccormack@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)