1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

IRVING FIREMEN'S RELIEF &
RETIREMENT FUND, Individually and on

12

Behalf of All Others Similarly Situated,

13

Plaintiff,

14

v.

15

UBER TECHNOLOGIES INC. and TRAVIS
KALANICK,

16

17

Defendants.

) Case No. 4:17-cv-05558-DMR
)
)
) **STIPULATION AND [PROPOSED]**
) **ORDER**
)
)
)
)
)
)
)
)
)

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

10353966

STIPULATION AND [PROPOSED] ORDER

1     Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendant Uber

2  Technologies, Inc. ("Uber"), by and through their undersigned counsel, hereby stipulate as

3  follows:

4     WHEREAS, on September 26, 2017, Plaintiff filed its Complaint against Uber and Travis

5  Kalanick;

6     WHEREAS, Plaintiff served Uber with the Summons and Complaint on September 28,

7  2017;

8     WHEREAS, to the extent Uber moves to dismiss the Complaint, the parties have

9  negotiated a briefing schedule to govern briefing on any motion;

10     WHEREAS, the parties' proposed extension of Uber's responsive pleading deadline will

11  not change or alter the date of any event or any deadline already fixed by Court order;

12     WHEREAS, Plaintiff has selected Robbins Geller Rudman & Dowd, LLP ("Robbins

13  Geller") to serve as Lead Counsel for the putative class in this litigation and Uber has no objection

14  to Plaintiff's selection of Lead Counsel;

15     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

16  undersigned counsel and subject to this Court's approval:

17     1.     Uber's deadline to answer or otherwise respond to Plaintiff's Complaint is

18  extended through and including December 1, 2017.

19     2.     If Uber moves to dismiss, Plaintiff may respond by January 17, 2018, and Uber

20  may reply by February 14, 2018.

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

10353966

1      IT IS SO STIPULATED.

2   Dated:  October 13, 2017                Respectfully submitted,

3

4

5   By:  */s/ A. Matthew Ashley*              By:  */s/ Darren J. Robbins*
        A. Matthew Ashley (Bar No. 198235)        Darren J. Robbins (Bar No. 168593)
        mashley@irell.com                         darrenr@rgrdlaw.com
6       IRELL & MANELLA LLP                       ROBBINS GELLER RUDMAN
        840 Newport Center Drive, Suite 400       & DOWD LLP
7       Newport Beach, California 92660-6324      655 West Broadway, Suite 1900
        Telephone:  (949) 760-0991                San Diego, CA 92101
8       Facsimile:  (949) 760-5200                Telephone: 619/231-1058
                                                  Facsimile:  619/231-7423
9       Attorney for Defendant
        UBER TECHNOLOGIES, INC.                   Attorney for Plaintiff
10                                                Irving Firemen's Relief & Retirement Fund

11

12                              **O R D E R**

13       Pursuant to stipulation, IT IS SO ORDERED.

14

15   DATED:  _____          _____
                                          THE HONORABLE DONNA M. RYU
16                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

- 2 -

10353966                         STIPULATION AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, A. Matthew Ashley, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER .  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By:       /s/ A. Matthew Ashley
          A. Matthew Ashley

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10353966

- 2 -

STIPULATION AND [PROPOSED] ORDER