1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES INC. and TRAVIS KALANICK,<br><br>          Defendants. | Case No. 4:17-cv-05558-DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10353966                    STIPULATION AND [PROPOSED] ORDER

1  Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendant Uber
2 Technologies, Inc. ("Uber"), by and through their undersigned counsel, hereby stipulate as
3 follows:

4  WHEREAS, on September 26, 2017, Plaintiff filed its Complaint against Uber and Travis
5 Kalanick;

6  WHEREAS, Plaintiff served Uber with the Summons and Complaint on September 28,
7 2017;

8  WHEREAS, to the extent Uber moves to dismiss the Complaint, the parties have
9 negotiated a briefing schedule to govern briefing on any motion;

10  WHEREAS, the parties' proposed extension of Uber's responsive pleading deadline will
11 not change or alter the date of any event or any deadline already fixed by Court order;

12  WHEREAS, Plaintiff has selected Robbins Geller Rudman & Dowd, LLP ("Robbins
13 Geller") to serve as Lead Counsel for the putative class in this litigation and Uber has no objection
14 to Plaintiff's selection of Lead Counsel;

15  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their
16 undersigned counsel and subject to this Court's approval:

17  1.  Uber's deadline to answer or otherwise respond to Plaintiff's Complaint is
18 extended through and including December 1, 2017.

19  2.  If Uber moves to dismiss, Plaintiff may respond by January 17, 2018, and Uber
20 may reply by February 14, 2018.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: October 13, 2017            Respectfully submitted, |

By:  */s/ A. Matthew Ashley*  
A. Matthew Ashley (Bar No. 198235)  
mashley@irell.com  
IRELL & MANELLA LLP  
840 Newport Center Drive, Suite 400  
Newport Beach, California 92660-6324  
Telephone: (949) 760-0991  
Facsimile: (949) 760-5200  

Attorney for Defendant  
UBER TECHNOLOGIES, INC.

By:  */s/ Darren J. Robbins*  
Darren J. Robbins (Bar No. 168593)  
darrenr@rgrdlaw.com  
ROBBINS GELLER RUDMAN  
& DOWD LLP  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
Facsimile: 619/231-7423  

Attorney for Plaintiff  
Irving Firemen's Relief & Retirement Fund

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: Oct. 16, 2017            _____  
THE HONORABLE DONNA M. RYU  
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]*

IRELL & MANELLA LLP  
A Registered Limited Liability  
Law Partnership Including  
Professional Corporations

10353966

- 2 -

STIPULATION AND [PROPOSED] ORDER