ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
JASON A. FORGE (181542)
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
ANGEL P. LAU (286196)
BRIAN E. COCHRAN (286202)
JEFFREY J. STEIN (265268)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@ rgrdlaw.com
jforge@ rgrdlaw.com
lukeb@ rgrdlaw.com
dalvarado@rgrdlaw.com
alau@ rgrdlaw.com
bcochran@rgrdlaw.com
jstein@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> UBER TECHNOLOGIES INC., et al., <br><br> Defendants. | Case No. 4:17-cv-05558-HSG <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE AND RELATED DEADLINES |

Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendant Travis Kalanick ("Kalanick"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 26, 2017, Plaintiff filed its Complaint against Kalanick and Uber Technologies, Inc. ("Uber");

WHEREAS, the undersigned counsel for Kalanick is authorized to accept service of the Summons and Complaint on behalf of Kalanick;

WHEREAS, Plaintiff served Kalanick with the Summons and Complaint on October 24, 2017 by delivering a copy of each to counsel for Kalanick via e-mail and U.S. Mail;

WHEREAS, the Honorable Donna M. Ryu to whom this case was initially assigned entered an order governing Uber's time to answer or otherwise respond to the Complaint on October 16, 2017 (Dkt. No. 12);

WHEREAS, the case was reassigned to the Honorable Haywood S. Gilliam, Jr. on October 20, 2017, but the briefing schedule for motions did not change (Dkt. No. 15);

WHEREAS, to the extent Kalanick moves to dismiss the Complaint, the parties have agreed that the motion will be briefed on the same schedule previously entered by Judge Ryu with respect to any motion to dismiss filed by Uber;

WHEREAS, the parties' proposed extension of Kalanick's responsive pleading deadline will not change or alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Plaintiff has selected Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to serve as Lead Counsel for the putative class in this litigation and Kalanick has no objection to Plaintiff's selection of Lead Counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Kalanick's deadline to answer or otherwise respond to Plaintiff's Complaint is extended through and including December 1, 2017.

2. If Kalanick moves to dismiss, Plaintiff may respond by January 17, 2018, and Kalanick may reply by February 14, 2018.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 24, 2017 | ROBBINS GELLER RUDMAN |
| 2 | |   & DOWD LLP |
|   | | DARREN J. ROBBINS |
|   | | JASON A. FORGE |
| 3 | | LUKE O. BROOKS |
|   | | DARRYL J. ALVARADO |
| 4 | | ANGEL P. LAU |
|   | | BRIAN E. COCHRAN |
| 5 | | JEFFREY J. STEIN |

                                                                s/ DARRYL J. ALVARADO
                                                                   DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

DATED: October 24, 2017          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                               WALTER F. BROWN, JR.
                                               JAMES N. KRAMER
                                               M. TODD SCOTT
                                               COLLEEN E. POPKEN

                                               s/ JAMES N. KRAMER
                                                    JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendant Travis Kalanick

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

    I, DARRYL J. ALVARADO, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S

1  RESPONSIVE PLEADING DEADLINE AND RELATED DEADLINES.  In compliance with
2  Local Rule 5-1(i)(3), I hereby attest that JAMES N. KRAMER has concurred in this filing.
3
4                                           s/ DARRYL J. ALVARADO
                                            DARRYL J. ALVARADO
5                              *      *      *
6                                    **O R D E R**
7       Pursuant to stipulation, IT IS SO ORDERED.
8  DATED:    10/25/2017                    _Haywood S. Gilliam, Jr._
9                                          THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                           UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE
AND RELATED DEADLINES - 4:17-cv-05558-HSG                                    - 3 -