# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES INC. and TRAVIS KALANICK,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br>**STIPULATION AND ORDER** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10407043

Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendants Uber Technologies, Inc. and Travis Kalanick (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 26, 2017, Plaintiff filed its Complaint against Defendants;

WHEREAS, the parties previously stipulated that Defendants would have until December 1, 2017 to file a responsive pleading (Dkt. 11 & 18);

WHEREAS, the parties previously stipulated that, to the extent Defendants filed a motion to dismiss, Plaintiff would have seven weeks (until January 17, 2018) to oppose the motion and Defendants would have four weeks (until February 14, 2018) to file a reply in support of the motion (Dkt. 11 & 18);

WHEREAS, the Court granted the parties' prior stipulations (Dkt. 12 & 19);

WHEREAS, Defendants each filed a motion to dismiss on December 1, 2017 (Dkt. 27 & 29);

WHEREAS, Defendants' motions to dismiss are currently scheduled for hearing on March 8, 2017;

WHEREAS, on December 12, 2017, Plaintiff informed Defendants that Plaintiff intends to voluntarily file an amended complaint on or before December 22, 2017 (the "Amended Complaint");

WHEREAS, if Plaintiff files an Amended Complaint on December 22, 2017, Defendants' deadline to respond to the Amended Complaint would fall on January 5, 2018;

WHEREAS, the parties have negotiated a deadline for any responsive pleading to the Amended Complaint and a briefing schedule in the event that Defendants move to dismiss the Amended Complaint;

WHEREAS, the parties' proposed extension of Defendants' responsive pleading deadline and the parties' proposed briefing schedule will not change or alter the date of any event or any deadline already fixed by Court order because the current motion to dismiss dates will be mooted by Plaintiff's filing of the Amended Complaint;

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10407043

- 1 -

Stipulation and Order
(Case No. 4:17-cv-05558-HSG)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint is extended through and including January 19, 2018.

2. If Defendants move to dismiss, Plaintiff may respond by February 16, 2018, and Defendants may reply by March 9, 2018.

IT IS SO STIPULATED.

Dated: December 19, 2017                                Respectfully submitted,

By: */s/ A. Matthew Ashley*
    A. Matthew Ashley (Bar No. 198235)
    mashley@irell.com
    IRELL & MANELLA LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660-6324
    Telephone: (949) 760-0991
    Facsimile: (949) 760-5200

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

By: */s/ James N. Kramer*
    James N. Kramer (Bar No. 154709)
    jkramer@orrick.com
    ORRICK, HERRINGTON &
    SUTCLIFFE LLP
    The Orrick Building
    405 Howard Street
    San Francisco, CA 94105-2669
    Telephone: (415) 773-5700
    Facsimile: (415) 773-5759

Attorneys for Defendant
TRAVIS KALANICK

By: */s/ Darryl J. Alvarado*
    Darryl J. Alvarado (Bar No. 253213)
    dalvarado@rgrdlaw.com
    ROBBINS GELLER RUDMAN
    & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: (619) 231-1058
    Facsimile: (619) 231-7423

Attorneys for Plaintiff
IRVING FIREMEN'S RELIEF &
RETIREMENT FUND

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10407043

- 2 -

Stipulation and Order
(Case No. 4:17-cv-05558-HSG)

## ECF ATTESTATION

I, Nathaniel Lipanovich, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: */s/ Nathaniel Lipanovich*
Nathaniel Lipanovich

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10407043

Stipulation and Order
(Case No. 4:17-cv-05558-HSG)

- 3 -

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 20, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10407043

- 4 -

Stipulation and Order
(Case No. 4:17-cv-05558-HSG)