1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 4:17-cv-05558-HSG |
| | ) ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR |
| vs. | ) ) ) | PERMISSION TO FILE OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' |
| UBER TECHNOLOGIES INC., et al., | ) ) | MOTIONS TO DISMISS |
| Defendants. | ) ) | |
| | ) | |

1    On February 7, 2018, plaintiff Irving Firemen's Relief & Retirement Fund respectfully

2    moved for permission to file one omnibus brief in opposition to defendants' motions to dismiss not

3    to exceed 50 pages.

4    The Court, having considered the papers filed, hereby grants plaintiff's administrative motion

5    to file an omnibus brief in opposition to defendants' motions to dismiss not to exceed 50 pages.

6    IT IS SO ORDERED.

7    DATED: February 8, 2018                    _Haywood S. Gilliam Jr._____

8                                          THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR PERMISSION TO FILE
OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS - 4:17-cv-05558-
HSG                                                                          - 1 -