UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO FILE A STATEMENT OF RECENT DECISION |

On August 17, 2018, plaintiff Irving Firemen's Relief & Retirement Fund respectfully moved for permission to file a statement of recent decision in support of its February 16, 2018 Omnibus Opposition to Defendants' Motions to Dismiss the First Amended Complaint (ECF No. 98) and Opposition to Defendant Uber Technologies Inc.'s Request for Judicial Notice in Support of Motion to Dismiss First Amended Complaint (ECF No. 95).

The Court, having considered the papers filed, hereby grants plaintiff's administrative motion to file a statement of recent decision.

IT IS SO ORDERED.

DATED: 8/20/2018

Haywood S. Gilliam, Jr.
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE