UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br>CLASS ACTION<br><br>STIPULATION EXTENDING TIME AND ORDER |

1468082_1

Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendants Uber Technologies, Inc. and Travis Kalanick (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on December 22, 2017, Plaintiff filed its First Amended Complaint (the "FAC");

WHEREAS, by order dated August 31, 2018 (ECF No. 127), the Court dismissed the FAC and provided Plaintiff 28 days to file a second amended complaint (the "SAC"), or until September 28, 2018;

WHEREAS, due to the current time period to amend and counsel's other conflicting deadlines, Plaintiff requires additional time to draft its SAC, and Defendants require additional time to respond to the SAC;

WHEREAS, the parties have negotiated a schedule for Plaintiff to file its SAC, for any responsive pleading to the SAC and a briefing schedule in the event that Defendants move to dismiss the SAC;

WHEREAS, other than the deadline for Plaintiff's SAC, the parties' negotiated schedule will not affect or alter the date of any event or deadline already fixed by Court order or otherwise affect the schedule of the case, as discovery has been stayed (ECF No. 127) and there are no other events or deadlines currently scheduled;

WHEREAS, on three prior occasions, the parties have stipulated to extending Defendants' time to respond to the Complaint and FAC and to extended briefing schedules on Defendants' motions to dismiss the Complaint and FAC (ECF Nos. 11, 18, 48);

WHEREAS, the Court previously granted each of these stipulations (ECF Nos. 12, 19, 49);

WHEREAS, other than these three prior occasions, there have been no other time modifications in the case.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Plaintiff's deadline to file its SAC is extended through and including October 17, 2018.

2. Defendants' deadline to answer or otherwise respond to Plaintiff's SAC is extended through and including November 16, 2018.

3. If Defendants move to dismiss, Plaintiff may respond by December 17, 2018, and Defendants may reply by January 8, 2019.

IT IS SO STIPULATED.

DATED: September 5, 2018         ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                 DARREN J. ROBBINS
                                 JASON A. FORGE
                                 LUKE O. BROOKS
                                 LUCAS F. OLTS
                                 DARRYL J. ALVARADO
                                 JEFFREY J. STEIN
                                 ERIKA OLIVER


                                         s/ LUKE O. BROOKS
                                         LUKE O. BROOKS

                                 655 West Broadway, Suite 1900
                                 San Diego, CA 92101-8498
                                 Telephone: 619/231-1058
                                 619/231-7423 (fax)

                                 ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                 DENNIS J. HERMAN
                                 Post Montgomery Center
                                 One Montgomery Street, Suite 1800
                                 San Francisco, CA 94104
                                 Telephone: 415/288-4545
                                 415/288-4534 (fax)

                                 Attorneys for Plaintiff

DATED: September 5, 2018         IRELL & MANELLA LLP
                                 NATHANIEL LIPANOVICH


                                         s/ NATHANIEL LIPANOVICH
                                         NATHANIEL LIPANOVICH

                                 840 Newport Center Drive, Suite 400
                                 Newport Beach, CA 92660-6324
                                 Telephone: 949/760-0991
                                 949/760-5200 (fax)

                                 Attorneys for Defendant Uber Technologies, Inc.

DATED: September 5, 2018         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 WALTER F. BROWN, JR.
                                 JAMES N. KRAMER
                                 M. TODD SCOTT
                                 COLLEEN E. POPKEN

<pre>
                                    s/ JAMES N. KRAMER
                                    JAMES N. KRAMER

                                    The Orrick Building
                                    405 Howard Street
                                    San Francisco, CA 94105-2669
                                    Telephone: 415/773-5700
                                    415/773-5759 (fax)

                                    Attorneys for Defendant Travis Kalanick
</pre>

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, LUKE O. BROOKS, am the ECF User whose identification and password are being used to file the Stipulation Extending Time and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that NATHANIEL LIPANOVICH and JAMES N. KRAMER have concurred in this filing.

<pre>
                                    s/ LUKE O. BROOKS
                                    LUKE O. BROOKS
</pre>

\*   \*   \*

**O R D E R**

Pursuant to the Stipulation, IT IS SO ORDERED.

DATED: September 6, 2018

THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE