ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS (212802)
LUCAS F. OLTS (234843)
DARRYL J. ALVARADO (253213)
JEFFREY J. STEIN (265268)
ERIKA OLIVER (306614)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com
jstein@rgrdlaw.com
eoliver@rgrdlaw.com
       – and –
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>                Defendants. | Case No. 4:17-cv-05558-HSG<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

1470966_1

| | |
|---|---|
| 1 | Counsel report that they have met and conferred regarding ADR and have reached the |
| 2 | following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: |
| 3 | The parties agree to participate in the following ADR process: |
| 4 | ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5) |
| 5 | ☐ Mediation (ADR L.R. 6) |
| 6 | *(Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early* |
| 7 | *settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR* |
| 8 | *Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5)* |
| 9 | **X** Private ADR (please identify process and provider): mediation with Judge Layn R. |
| 10 | Phillips. |
| 11 | The parties agree to hold the ADR session by: |
| 12 | ☐ the presumptive deadline (The deadline is 90 days from the date of the order |
| 13 | referring the case to an ADR process unless otherwise ordered. ) |
| 14 | **X** other requested deadline: June 1, 2019. |
| 15 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| 1 | DATED: September 12, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | | LUKE O. BROOKS |
| 3 | | LUCAS F. OLTS |
| | | DARRYL J. ALVARADO |
| 4 | | JEFFREY J. STEIN |
| | | ERIKA OLIVER |

24                                     s/ LUKE O. BROOKS
                             _____
                                        LUKE O. BROOKS

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | LUKE O. BROOKS |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 16 | |
| 17 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 18 | DENNIS J. HERMAN<br>Post Montgomery Center |
| 19 | One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 20 | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 21 | |
| 22 | Attorneys for Plaintiff |
| 23 | DATED: September 12, 2018 — IRELL & MANELLA LLP<br>A. MATTHEW ASHLEY |
| 24 | |
| 25 | s/ A. MATTHEW ASHLEY |
| 26 | A. MATTHEW ASHLEY |
| 27 | |
| 28 | |

840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949/760-0991
949/760-5200 (fax)

Attorneys for Defendant Uber Technologies, Inc.

DATED: September 12, 2018

ORRICK, HERRINGTON & SUTCLIFFE LLP
WALTER F. BROWN, JR.
JAMES N. KRAMER
M. TODD SCOTT
COLLEEN E. POPKEN


        s/ JAMES N. KRAMER
          JAMES N. KRAMER

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
415/773-5759 (fax)

Attorneys for Defendant Travis Kalanick

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, LUKE O. BROOKS, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Selecting ADR Process. In compliance with Local Rule 5-1(i)(3), I hereby attest that A. MATTHEW ASHLEY and JAMES N. KRAMER have concurred in this filing.

        s/ LUKE O. BROOKS
          LUKE O. BROOKS

\*    \*    \*

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 13, 2018

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE