1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:17-cv-05558-HSG |
| | <u>CLASS ACTION</u> |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION TO FILE OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |
| vs. | |
| UBER TECHNOLOGIES INC., et al., | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    On November 28, 2018, plaintiff Irving Firemen's Relief & Retirement Fund respectfully

2    moved for permission to file one omnibus brief in opposition to defendants' motions to dismiss not

3    to exceed 50 pages.

4        The Court, having considered the papers filed, hereby grants plaintiff's administrative motion

5    to file an omnibus brief in opposition to defendants' motions to dismiss not to exceed 50 pages.

6        IT IS SO ORDERED.

7    DATED:  November 29, 2018

     THE HONORABLE HAYWOOD S. GILLIAM, JR.

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR PERMISSION
     TO FILE OMNIBUS BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS –
     4:17-cv-05558-HSG