# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO FILE TWO REPLY BRIEFS OF UP TO 30 PAGES TOTAL [L.R. 7-11, 7-12]** |

| | |
|---|---|
| 1 | WHEREAS, on December 16, 2018, Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (collectively, "Defendants") filed motions to dismiss and joined in one another's motions; |
| 4 | WHEREAS, Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") filed a motion requesting permission to file an omnibus opposition brief and Defendants did not object; |
| 6 | WHEREAS, this Court granted Plaintiff's motion and Plaintiff filed a 50-page omnibus opposition brief on December 17, 2018; |
| 8 | WHEREAS, Uber seeks additional pages for its reply brief and Mr. Kalanick is willing to use fewer pages than the standard 15-page limit for his reply brief, such that the total pages of both Defendants' reply briefs will not exceed 30 pages; |
| 11 | WHEREAS, Plaintiff does not oppose Defendants' request. |
| 12 | IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants and subject to approval by this Court, that Defendants shall be permitted to allocate their collective 30 pages of reply briefing between themselves so long as their collective briefs do not exceed 30 pages. |

DATED: January 3, 2019

ROBBINS GELLER RUDMAN
 & DOWD LLP
DENNIS J. HERMAN

 */s/ Dennis J. Herman*
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>LUKE O. BROOKS<br>LUCAS F. OLTS<br>DARRYL J. ALVARADO<br>JEFFREY J. STEIN<br>ERIKA OLIVER<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Attorneys for Plaintiff |
| DATED:  January 3, 2019 | IRELL & MANELLA LLP<br>A. MATTHEW ASHLEY<br><br><br><u>           /s/ A. Matthew Ashley           </u><br>A. MATTHEW ASHLEY<br><br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA  92660-6324<br>Telephone:  949/760-0991<br>949/760-5200 (fax)<br><br>Attorneys for Defendant Uber Technologies, Inc. |
| DATED:  January 3, 2019 | ORRICK HERRINGTON & SUTCLIFFE LLP<br>WALTER F. BROWN<br>JAMES N. KRAMER<br>M. TODD SCOTT<br><br><br><u>           /s/ James N. Kramer           </u><br>JAMES N. KRAMER<br><br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone: 415/773-5700<br>415/773-5759 (fax)<br><br>Attorneys for Defendant Travis Kalanick |

DATED: January 3, 2019

                                      WILLIAMS & CONNOLLY LLP
                                      JOSEPH G. PETROSINELLI *(Pro Hac Vice)*
                                      KENNETH J. BROWN *(Pro Hac Vice)*

                                        */s/ Joseph G. Petrosinelli*
                                      JOSEPH G. PETROSINELLI

                                      725 Twelfth Street, N.W.
                                      Washington, DC 20005
                                      Telephone: 202/434-5000
                                      202/434-5029 (fax)

                                      Attorneys for Defendant Travis Kalanick

## **ECF ATTESTATION**

I, Michael Harbour, am the ECF user whose ID and password are being used to file STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO FILE TWO REPLY BRIEFS OF UP TO 30 PAGES TOTAL [L.R. 7-11, 7-12]. I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

                                        By: */s/ Michael Harbour*
                                               Michael Harbour

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' Unopposed Joint Administrative Motion For Permission to File Two Reply Briefs of Up to 30 Pages Total is Granted.

Dated: January 3, 2019

_____
Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court