ROBBINS GELLER RUDMAN
& DOWD LLP
LUKE O. BROOKS (212802)
LUCAS F. OLTS (234843)
DARRYL J. ALVARADO (253213)
JEFFREY J. STEIN (265268)
ERIKA OLIVER (306614)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com
jstein@rgrdlaw.com
eoliver@rgrdlaw.com
– and –
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES INC., et al.,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS |

Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendants Uber Technologies, Inc. and Travis Kalanick (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate to continue the hearing date on Defendants' Motions to Dismiss (ECF Nos. 139, 141) (collectively, "Motions") to April 11, 2019, and as grounds therefor state as follows:

1. Defendants filed their Motions on November 16, 2018, and set the hearing for March 14, 2019, which was the next available date on the Court's calendar per the Scheduling Information on its website. The hearing date was not reserved with or specially set by the Court.

2. Plaintiff filed its Omnibus Opposition to the Motions on December 17, 2018 (ECF No. 150).

3. The Parties have not previously stipulated to continue the hearing date on the Motions.

4. Plaintiff's counsel has a conflict that will make it impracticable to prepare for or meaningfully participate in the hearing on the date noticed by Defendants.

5. The Parties have met and conferred and mutually agree to continue the hearing date to April 11, 2019, the next available date on the Court's calendar.

6. The change in hearing date will not alter the date of any event or any deadline already fixed by Court order.

7. Accordingly, the Parties hereby stipulate pursuant to Civil Rules 6-2 and 7-7(b)(1) to continue the hearing on Defendants' Motions to April 11, 2019 or such later date as may be set by the Court.

IT IS SO STIPULATED.

DATED: January 3, 2019

ROBBINS GELLER RUDMAN & DOWD LLP
DENNIS J. HERMAN

s/ DENNIS J. HERMAN
DENNIS J. HERMAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
LUKE O. BROOKS
LUCAS F. OLTS
DARRYL J. ALVARADO
JEFFREY J. STEIN
ERIKA OLIVER
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Counsel for Plaintiff

DATED: January 3, 2019

IRELL & MANELLA LLP
ANDRA BARMASH GREENE
A. MATTHEW ASHLEY
NATHANIEL H. LIPANOVICH

s/ A. MATTHEW ASHLEY
A. MATTHEW ASHLEY

940 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: 949/760-0991
949/760-5200 (fax)

IRELL & MANELLA LLP
DAVID SIEGEL
MICHAEL HARBOUR
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310/277-1010
310/203-7199 (fax)

Counsel for Defendant Uber Technologies, Inc.

DATED: January 3, 2019

ORRICK, HERRINGTON & SUTCLIFFE LLP
WALTER F. BROWN
JAMES N. KRAMER
M. TODD SCOTT

s/ WALTER F. BROWN
WALTER F. BROWN

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415/773-5700
415/773-5759 (fax)

WILLIAMS AND CONNOLLY LLP
KENNETH BROWN
JOSEPH PETROSINELLI
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202/434-5547
202/434-5029 (fax)

Counsel for Defendant Travis Kalanick

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, DENNIS J. HERMAN, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS. In compliance with Local Rule 5-1(i)(3), I hereby attest that A. MATTHEW ASHLEY and WALTER F. BROWN have concurred in this filing.

s/ DENNIS J. HERMAN
DENNIS J. HERMAN

* * *

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 4, 2019

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE