# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES INC. and TRAVIS KALANICK,<br><br>Defendants. | Case No. 4:17-cv-05558-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendants Uber Technologies, Inc. and Travis Kalanick (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this stipulation subject to Court approval, to extend the ADR deadline for this case.

WHEREAS, on September 12, 2018, the parties filed a joint stipulation and proposed order selecting private ADR with the Honorable Retired Judge Layn R. Phillips and requested an ADR deadline of June 1, 2019 (Dkt. 132);

WHEREAS, on September 13, 2018, the Court granted the parties' joint stipulation and proposed order (Dkt. 133);

WHEREAS, to give the parties greater flexibility to schedule their private mediation, the parties wish to extend the ADR deadline from June 1, 2019 to December 10, 2019;

WHERES, this is the first request the parties have made to extend the ADR deadline;

WHEREAS, the proposed extension of the ADR deadline will not change or alter the date of any event or any deadline already fixed by Court order; discovery in this case has been stayed (Dkt. 117), and there are no pending case management deadlines.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval, that the ADR deadline is extended from June 1, 2019 to December 10, 2019.

IT IS SO STIPULATED.

Dated: February 4, 2019                     Respectfully submitted,

By: */s/ A. Matthew Ashley*
    A. Matthew Ashley (Bar No. 198235)
    mashley@irell.com
    IRELL & MANELLA LLP
    840 Newport Center Drive, Suite 400
    Newport Beach, CA 92660-6324
    Telephone: (949) 760-0991
    Facsimile: (949) 760-5200

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

By: */s/ Darryl J. Alvarado*
    Darryl J. Alvarado (Bar No. 253213)
    dalvarado@rgrdlaw.com
    ROBBINS GELLER RUDMAN
    & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: (619) 231-1058
    Facsimile: (619) 231-7423

Attorneys for Plaintiff
IRVING FIREMEN'S RELIEF &
RETIREMENT FUND

By: */s/ James N. Kramer*
James N. Kramer (Bar No. 154709)
jkramer@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
TRAVIS KALANICK

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 2/5/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE