1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  LUKE O. BROOKS (212802)
   LUCAS F. OLTS (234843)
3  DARRYL J. ALVARADO (253213)
   JEFFREY J. STEIN (265268)
4  ERIKA OLIVER (306614)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101-8498
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   lukeb@rgrdlaw.com
7  lolts@rgrdlaw.com
   dalvarado@rgrdlaw.com
8  jstein@rgrdlaw.com
   eoliver@rgrdlaw.com
9          – and –
   DENNIS J. HERMAN (220163)
10 Post Montgomery Center
   One Montgomery Street, Suite 1800
11 San Francisco, CA  94104
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   dherman@rgrdlaw.com
13
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING FIREMEN'S RELIEF & RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:17-cv-05558-HSG |
| | CLASS ACTION |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS |
| vs. | |
| UBER TECHNOLOGIES INC., et al., | |
| Defendants. | |

1551998_1

Plaintiff Irving Firemen's Relief & Retirement Fund ("Plaintiff") and Defendants Uber Technologies, Inc. and Travis Kalanick (collectively, "Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate, subject to Court approval, to continue the motion hearing date on Defendants' Motions to Dismiss (ECF Nos. 139, 141) (collectively, "Motions") to May 2, 2019 (or May 1, 2019, if the Court prefers a Wednesday hearing date), and as grounds therefor state as follows:

1. Defendants filed their Motions on November 16, 2018, and pursuant to the Parties' prior stipulation and Court order, the hearing was set for April 11, 2019 (ECF Nos. 156, 157).

2. On April 9, 2019, the Court *sua sponte* rescheduled and specially set the hearing on Defendants' Motions for Wednesday, April 17, 2019 (ECF No. 165).

3. One of the Lead Counsel for Plaintiff, who will participate in the presentation of the argument, will be out of the country on April 17, 2019 and is unavailable to appear at the rescheduled hearing. In addition, the other Lead Counsel for Plaintiff, who will present the argument, has a dispositive motion hearing in another matter previously set for April 25, 2019.

4. The Parties have met and conferred and mutually agree to continue the hearing date to May 2, 2019, the next available date on the Court's calendar on which counsel for the Parties can attend. All counsel are also available on May 1, 2019. Counsel for Plaintiff and Defendant Uber Technologies, Inc. discussed potentially available hearing dates with the Calendar Clerk and Courtroom Deputy, who advised that May 2 was a potentially available date for the Court (subject to Court approval).

5. The change in hearing date will not alter the date of any event or any deadline already fixed by Court order, other than the April 17, 2019 hearing.

6. The Parties have previously stipulated to continue the hearing date on the Motions on one occasion, which the Court granted (ECF Nos. 156, 157).

7. Accordingly, the Parties hereby stipulate, subject to Court approval and pursuant to Civil Local Rules 6-2 and 7-7(b), to continue the hearing on Defendants' Motions to May 1 or 2, 2019, whichever date is preferred by the Court. If the Court is not available to hear the Motions on either May 1 or 2, the Parties will meet and confer and suggest additional dates.

IT IS SO STIPULATED.

DATED: April 10, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS
LUCAS F. OLTS
DARRYL J. ALVARADO
JEFFREY J. STEIN
ERIKA OLIVER


s/ LUKE O. BROOKS
LUKE O. BROOKS

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

DATED: April 10, 2019

IRELL & MANELLA LLP
ANDRA BARMASH GREENE
A. MATTHEW ASHLEY
NATHANIEL H. LIPANOVICH


s/ A. MATTHEW ASHLEY
A. MATTHEW ASHLEY

| | |
|---|---|
| | 940 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br>Telephone: 949/760-0991<br>949/760-5200 (fax) |
| | IRELL & MANELLA LLP<br>DAVID SIEGEL<br>MICHAEL HARBOUR<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: 310/277-1010<br>310/203-7199 (fax) |
| | Counsel for Defendant Uber Technologies, Inc. |
| DATED: April 10, 2019 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>WALTER F. BROWN<br>JAMES N. KRAMER<br>M. TODD SCOTT |
| | s/ WALTER F. BROWN |
| | WALTER F. BROWN |
| | The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: 415/773-5700<br>415/773-5759 (fax) |
| | WILLIAMS AND CONNOLLY LLP<br>KENNETH BROWN<br>JOSEPH PETROSINELLI<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: 202/434-5547<br>202/434-5029 (fax) |
| | Counsel for Defendant Travis Kalanick |

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, LUKE O. BROOKS, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON

DEFENDANTS' MOTIONS TO DISMISS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that A. MATTHEW ASHLEY and WALTER F. BROWN have concurred in this filing.

                                        s/ LUKE O. BROOKS
                                        LUKE O. BROOKS

\*     \*     \*

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED. The hearings on Defendants' Motions will be heard on May 2, 2019 at 2:00 p.m.

DATED: April 10, 2019

                                    THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                    UNITED STATES DISTRICT JUDGE